# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE MARLEY, a married man;<br><br>　　　　Plaintiff,<br>　　vs.<br><br>SELECT PORTFOLIO SERVICES,<br>a Utah Corporation;<br><br>　　　　Defendants. | Case No.:  14CV2501AJB-RBB<br><br>**JUDGMENT OF DISMISSAL** |

The United States District Court for the Southern District of California GRANTED Defendant SELECT PORTFOLIO SERVICING, INC.'s Motion to Dismiss the Complaint of Plaintiff DEE MARLEY pursuant to Federal Rule of Civil Procedure 12(b)(6) on May 11, 2015 (Doc. No.9). Plaintiff failed to file an amended complaint within thirty (30) days of the entry of the Order granting the Motion to Dismiss, as directed by the Court. *Id*. The Court thereafter extended the date for Plaintiff to file an amended complaint to August 10, 2015 (Doc. No. 12) and Plaintiff failed to file an amended complaint within the allowed time. With good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This matter is dismissed with prejudice;
2. Judgment will be and is hereby entered in favor of defendant SELECT PORTFOLIO SERVICING, INC. and against Plaintiff DEE MARLEY in this lawsuit; and
3. Plaintiff DEE MARLEY will recover nothing against SELECT PORTFOLIO SERVICING, INC. in this action.
4. Each side will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 31, 2015

Hon. Anthony J. Battaglia
United States District Judge