WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
Cori B. Jones, Esq., SBN 261018
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
Email: cjones@wrightlegal.net

Attorney for Defendant, SELECT PORTFOLIO SERVICING, INC., *erroneously sued herein as* SELECT PORTFOLIO SERVICES, INC.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE MARLEY, a married man;<br><br>            Plaintiff,<br>     vs.<br><br>SELECT PORTFOLIO SERVICES, INC., a Utah Corporation;<br><br>            Defendants. | Case No.:  14-CV-2501-AJB-RBB<br><br>**NOTICE OF ENTRY OF JUDGMENT OF DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE THAT** on August 31, 2015, the Honorable Anthony J. Battaglia entered a judgment in favor of Defendant, SELECT PORTFOLIO SERVICING, INC., in this action.

///
///
///
///
///

1

NOTICE OF ENTRY OF JUDGMENT

A true and correct copy of the Judgment is attached hereto as **Exhibit "1."**

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | WRIGHT, FINLAY & ZAK, LLP |
| Dated: September 4, 2015   By | */s/ Gwen H. Ribar* |
|  | Gwen H. Ribar, Esq. |
|  | Cori B. Jones, Esq. |
|  | Attorneys for Defendant, |
|  | Select Portfolio Servicing, Inc. |

## PROOF OF SERVICE

I, Shamika L. Polin, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.  I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On September 4, 2015, I served the within **NOTICE OF ENTRY OF JUDGMENT OF DISMISSAL** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Dee Marley**
**1800 E Nielson Ave**
**Mesa, AZ 85204**
*Plaintiff, Pro Se*

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]   (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY GOLDEN STATE OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Golden State Overnight with the delivery fees provided for.

| | | |
|---|---|---|
| 1 | [ ] | (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |
| 7 | [X] | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on September 4, 2015, at Newport Beach, California.

*[signature]*

Shamika L. Polin